UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CLAREY,

Plaintiff,

Case No. 26-cv-12379
Hon. Matthew F. Leitman

v.

WEISS CONSTRUCTION COMPANY
AND AFFILIATES SUPPLEMENTAL
PROFIT SHARING, DEFERRED COMPENSATION
AND LONG-TERM INCENTIVE PLAN, *et al.*,

Defendants.

_______________________________________________/

**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT**

On July 13, 2026, Plaintiff Kevin Clarey filed this action against Defendant Liberty Mutual Insurance Company and others. (*See* Compl., ECF No. 1.) Liberty has now filed a motion to dismiss the two claims brought against it pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 8.) One of bases for dismissal is that Clarey has failed to plead sufficient facts in support of at least some of his claims against Liberty. (*See id.*)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Clarey the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by Liberty in the motion to dismiss. The Court does not anticipate allowing Clarey another

opportunity to amend to add factual allegations that he could now include in a First Amended Complaint. Simply put, this is Clarey's opportunity to allege any and all additional facts, currently known to him, that may cure the alleged deficiencies in his claims.

By **August 28, 2026**, Clarey shall file a notice on the docket in this action notifying the Court and the Defendants whether he will be filing a First Amended Complaint. If Clarey provides notice that he will be filing a First Amended Complaint, he shall file that amended pleading by no later than **September 11, 2026**. If Clarey provides notice that he will not be filing a First Amended Complaint, he shall file a response to Liberty's pending motion to dismiss by no later than **September 11, 2026**.

Finally, if Clarey provides notice that he will be filing an amended pleading, the Court will terminate Liberty's motion without prejudice as moot. Liberty may re-file a motion to dismiss directed at the First Amended Complaint if Liberty believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126