UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN CLAREY,

Plaintiff,

Case No. 26-cv-12379
Hon. Matthew F. Leitman

v.

WEISS CONSTRUCTION COMPANY AND AFFILIATES SUPPLEMENTAL PROFIT SHARING, DEFERRED COMPENSATION AND LONG-TERM INCENTIVE PLAN, *et al.*,

Defendants.

______________________________________________________________/

**ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS (ECF No. 8)**

On July 13, 2026, Plaintiff Kevin Clarey filed this action against Defendant Liberty Mutual Insurance Company and others. (*See* Compl., ECF No. 1.) On August 11, 2026, Liberty filed a motion to dismiss the two claims brought against it pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 8.)

On August 12, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Clarey the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by Liberty in the motion to dismiss. (*See* Order, ECF No. 9.) The Court then informed the parties that if Clarey provided notice that he would be filing a First Amended

Complaint, the Court would terminate Liberty's motion without prejudice as moot. (*See id.*)

On August 27, 2026, Clarey filed a notice that he intends to file a First Amended Complaint. Accordingly, the Court **TERMINATES WITHOUT PREJUDICE** Liberty's current motion to dismiss (ECF No. 8). Liberty may re-file a motion to dismiss directed at the First Amended Complaint if Liberty believes that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 3, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 3, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126